Vess A. Miller (SBN 278020)
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
vmiller@cohenmalad.com
ltoops@cohenmalad.com
ibensberg@cohenmalad.com

Carly Roman (SBN 349895)
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue, Suite 1610
Telephone: 872-263-1100
Facsimile: 872-263-1109
carly@straussborelli.com

link 33

JS-6

[Additional Counsel Listed on Signature Page]

*Counsel for Plaintiff and Proposed Class*

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Jane Doe, individually and on behalf of all others similarly situated,**<br><br>        Plaintiff,<br><br>v.<br><br>**TECHNICOLOR CREATIVE SERVICES USA, INC,**<br><br>        Defendant. | Case No. 2:25-cv-02542-HDV-AGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)** |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF
DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)

The Court, having reviewed the Joint Stipulation of Dismissal filed by Plaintiff Jane Doe, individually and on behalf of all others similarly situated, and Defendant Technicolor Creative Services USA, Inc., and pursuant to Federal Rule of Civil Procedure 41(a), hereby ORDERS as follows:

1. This action is DISMISSED without prejudice.

2. Each party to bear their own costs, expenses and fees in connection with this proceeding.

**IT IS SO ORDERED.**

DAE: 02/04/26

_____
HON. HERNAN D. VERA
UNITED STATES DISTRICT JUDGE